**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

United States of America,

        Plaintiff,                         Civil No. 07-2233 (RHK/RLE)

vs.                                          **ORDER**

Kenneth Herbst, Diane Herbst,

        Defendants.

       This matter is venued in the Fifth Division.

       All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 9, 2007

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge