```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 07-2233 RHK/RLE


UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
          v.                   )    ORDER OF DISMISSAL
                               )
KENNETH HERBST                 )
AND DIANE HERBST,              )
                               )
          Defendants.          )
```

Based upon the stipulation of counsel and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, each party bearing its own costs.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 11/5/08

                                   s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Court Judge